UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM G. PINZON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>MENDOCINO COUNTY SHERIFF'S OFFICE, et al.,<br><br>            Defendants. | Case No. 22-cv-03744-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Vince Chhabria for consideration of whether the case is related to 22-cv-02388-VC *Pinzon et al v. Mendocino County Sherrif's Office et al*.

.

**IT IS SO ORDERED.**

Dated: July 25, 2022

WILLIAM H. ORRICK
United States District Judge