UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM G. PINZON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MENDOCINO COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No. 22-cv-03744-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. Nos. 2, 15 |

Pinzon's request to proceed in forma pauperis is granted, but the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2). Pinzon has not addressed the problems identified by Judge Illman in a related case: he cannot sue on behalf of Lodarski, and his complaint fails to state a claim on which relief can be granted. *See Pinzon v. Mendocino County Sherriff's Office*, No. 22-CV-02388-RMI, 2022 WL 1304093, at *2 (N.D. Cal. May 2, 2022). Dismissal is without leave to amend. *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 1007 (9th Cir. 2009), *as amended* (Feb. 10, 2009).

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
VINCE CHHABRIA
United States District Judge